

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2017

**BY ECF AND EMAIL**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States* v. *Laquan Parrish* et al.,
                S1 16 Cr. 212 (LAK)

Dear Judge Kaplan:

       The Government respectfully submits this letter to update the Court on the status of this case.

       With respect to the 23 defendants originally designated by the Court into Group A, by Order dated October 19, 2016 (the "Order"), there are 7 defendants remaining in the case: Terrence Pasley, Travis Thompson, Jonathon Cummings, Robert Miles, Patrick Littlejohn, Gary Arringon, and John Alvarez. The Government is in active plea negotiations with all of these defendants; two of them have a scheduled plea date. Accordingly, the Government respectfully proposes to update the Court on January 13, 2017—one month in advance of the presently scheduled trial date for Group A defendants—as to the status of these 7 defendants and the likelihood of any Group A trial.

       With respect to the 20 defendants originally designated into Group B in the Order, there are 11 defendants remaining in the case: Laquan Parrish, Mark Clarke, Elijah Brown, Joshua Brown, Kayshawn Campbell, Robert Pope, David Mattison, Kevin Mattison, Kraig Lewis, Emile Anderson, and Kavone Horton. The Government is in active plea negotiations with most of these defendants; there are scheduled pleas or plea agreements in principle with 6 of these defendants. In light of the foregoing, the Government does not intend at this time to seek a Superseding Indictment in this case. Rather, the Government respectfully proposes, as anticipated in the Order, to update the Court on March 1, 2017 as to the status of the remaining Group B defendants and propose, if need be, a further severance of Group B into particular groupings for trial on the present Indictment. The Government proposes that the Court schedule a trial date or dates after the Government's March 1, 2017 submission, when it should be clearer which defendants, if any, are proceeding to trial.

Finally, the Government notes that it expects to submit a supplemental Enterprise Letter by January 13, 2017 listing additional acts of violence that it will seek to prove at trial.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: ___/s/_____
Rachel Maimin
Hagan Scotten
Jessica Feinstein
Drew Johnson-Skinner
Assistant United States Attorneys
(212) 637-2460

cc: All defense counsel (by ECF)