**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :         **ORDER**
                                        :
                                        :
                                        :
                                        :         _____ (        )
                                        :                Docket #
----------------------------------------x


_____, **DISTRICT JUDGE.**
     Judge's Name

The attorney retained in this case,

_____ is hereby ordered
    Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty.


                                        **SO ORDERED.**



                                   _____
                                        **UNITED STATES DISTRICT JUDGE**
                                          Hon. Lewis A. Kaplan


         _____
**Dated:**