**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-18-21

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Daquan Anderson, et al.*, 16 Cr. 212 (LAK)

Dear Judge Kaplan:

The Government writes in connection with the violation of supervised release proceedings pending against the defendant. This morning, the defendant was arrested on an arrest warrant stemming from the amended specifications, dated March 11, 2021, which relate to a shooting on or about February 13, 2021 (the "Amended Specifications"). The defendant was presented in Magistrate Court and was detained. Additionally, today, a complaint was sworn out charging Anderson with two violations of 18 U.S.C. § 922(g), relating to his possession of ammunition on February 13, 2021 and his possession of a firearm today (the "Complaint"). He was also presented in connection with the charges in the Complaint today. The deadline for a preliminary hearing or Indictment is March 30, 2021.

Currently scheduled before the Court is a sentencing proceeding for the defendant on the previously admitted violation of supervised release specifications related to threats against another person and other conduct. The sentencing is scheduled for March 23, 2021, at 12:00 p.m. The parties jointly request that the sentencing hearing be adjourned and that further proceedings on the Amended Specifications be adjourned pending resolution of the charges in the Complaint. The Probation Department concurs with this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Drew Skinner
Assistant United States Attorney
Tel. (212) 637-1587

cc: Eric Breslin, Esq, (counsel for defendant, by ECF)
Probation Department (by email)
AUSA Ashley Nicolas

Adjourned to 5/19/21 at 10 a.m.

SO ORDERED

LEWIS A. KAPLAN, USDJ