

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

April 30, 2021

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Daquan Anderson, et al.*, 16 Cr. 212 (LAK)

Dear Judge Kaplan:

The Government writes in connection with the violation of supervised release proceeding scheduled for May 18, 2021. The defendant was arrested in connection with the amended violation specifications on March 16, 2021 and was charged by complaint with similar criminal offenses on the same day. The defendant has since been charged by Indictment 21 Cr. 241 (MKV) with overlapping offenses to the allegations in the amended specifications (the "Indicted Case") and is scheduled to be arraigned on the Indicted Case on May 20, 2021. The defendant is in custody on the Indicted Case.

The Government has conferred with counsel for the defendant, Mr. Breslin. The parties jointly request that the proceedings on the amended violation specifications, including sentencing on specifications to which the defendant previously admitted and proceedings on new specifications that overlap with the Indicted Case, be adjourned pending completion of the Indicted Case.

*Granted. Parties shall notify the undersigned not later than 10 days after consecutions indicted.*
*SO ORDERED*

LEWIS A. KAPLAN, USDJ

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/
Drew Skinner
Assistant United States Attorney
Tel. (212) 637-1587

cc:   Eric Breslin, Esq, (counsel for defendant, by ECF)
Probation Department (by email)

*5/3/21*