**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 21, 2022

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Daquan Anderson*, 16 Cr. 212 (LAK)

Dear Judge Kaplan:

The Government writes in connection with the anticipated plea and sentencing of the above-captioned defendant for violations of supervised release scheduled for March 23, 2022, at 3:00 pm. The Government attaches hereto as Exhibit A the Government's sentencing submission related to Indictment 21 Cr. 241 (MKV), which charged the defendant's involvement in a shooting on February 13, 2021, and which underlies Specification 6. The defendant was sentenced to a below-Guidelines 33 months' imprisonment on Indictment 21 Cr. 241.[1] The defendant is also set to be sentenced for Specifications 2-5, to which he has previously admitted, and for which he was released on supervised release pending sentencing when he committed the February 2021 shooting. The Government attaches hereto as Exhibit B its prior sentencing submission related to those Specifications, which includes screenshots of text messages the defendant sent to a victim. (Dkt. 1526).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s
Drew Skinner
Assistant United States Attorney
Tel. (212) 637-1587

cc: Defense counsel (via ECF)
Attachments

[1] The Government sought 33 months' imprisonment, which was the top of the Guidelines specified in the plea agreement, but below the Guidelines that were correctly calculated by the Probation Department after accounting for additional criminal convictions that were not counted in the plea agreement.